B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

IN RE:   **Donald Ray Jones**

Case No.

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Resources Energy Service<br>MSC #200<br>P.O. Box 4615<br>Houston, TX 77210 | | Business Debt | | $390,000.00 |
| Patterson UTI Drilling<br>4906 Houston Hwy<br>Victoria, TX 77901 | | Business Debt | | $330,000.00 |
| Boots & Coots<br>7908 N Sam Houston Parkway W<br>Houston TX 77064 | | Business Debt | | $220,000.00 |
| MI Swaco US<br>P.O. Box 42842<br>Houston, TX 77242 | | Business Debt | | $105,000.00 |
| Integrated Production Services, Inc.<br>P.O. Box 201934<br>Dallas, TX 75320-1934 | | Business Debt | | $61,000.00 |
| RCLJ Construction, Inc.<br>P.O. Box 520<br>Big Wells, TX 78830 | | Business Debt | | $40,000.00 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

IN RE:   **Donald Ray Jones**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)

Name of creditor and complete mailing address, including zip code | (2)

Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)

Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)

Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)

Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| J. F. Ralston Co., Inc.
P.O. Box 25
Carrizo Springs, TX 78834 | | Business Debt | | **$40,000.00** |
| Acock Engineering
8610 N. New Braunfels, Ste. 517
San Antonio, TX 78217 | | Business Debt | | **$39,859.63** |
| Texas Industrial Engine, Inc.
P.O. Box 590
George West, TX 78022 | | Business Debt | | **$37,000.00** |
| Perf-O-Log, Inc.
P.O. Box 200050
Dallas, TX 75320 | | Business Debt | | **$35,000.00** |
| Allis-Chalmers Rental Services, LLC
P.O. Box 201734
Dallas, TX 75320-1734 | | Business Debt | | **$33,885.02** |
| Gate Guard Services, LP
P. O. Box 2651
Corpus Christi, TX 78403 | | Business Debt | | **$32,000.00** |
| Varel International Ind., LP
c/o Allen Maxwell & Silver
Attn: Mitch Allen
190 Sylvan Avenue
Englewood, NJ 07632 | | Business Debt | | **$30,628.95** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

IN RE:   Donald Ray Jones

Case No.

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MTZ Vacuum Service<br>P.O. Box 1555<br>Uvalde, TX 78802 | | Business Debt | | $30,000.00 |
| DHW Well Service, Inc.<br>3499 FM 2022<br>Elkhart, TX 75839 | | Business Debt | | $24,000.00 |
| Express Oil Service<br>P.O. Box 432<br>Hallettsville, TX 77964 | | Business Debt | | $22,624.85 |
| FMC Technologies<br>P. O. Box 843402<br>Dallas, TX 75284-3402 | | Business Debt | | $20,000.00 |
| Wiley Lease Co Ltd<br>dba Trojan Vac<br>P.O. Box 395<br>Charlotte, TX 78011 | | Business Debt | | $17,000.00 |
| Knight Fishing Services, Inc.<br>P.O. Box 52823<br>Lafayette, LA 70505-2823 | | Business Debt | | $17,000.00 |
| Expro Americas, LLC<br>P.O. Box 849832<br>Dallas, TX 75284-9832 | | Business Debt | | $17,000.00 |

10/02/2009 04:10:12pm

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE:  **Donald Ray Jones**

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:_____

Signature:_____
*Donald Ray Jones*